No. 72–5830. PATTERSON v. WARNER ET AL. Appeal from D. C. S. D. W. Va. [Probable jurisdiction noted,

411 U. S. 905.] Motion of Cletus B. Hanley to permit Phillip D. Gaujot, Esquire, to present oral argument *pro hac vice* granted.